

# SHAWE ROSENTHAL LLP

20 S. Charles Street
11th Floor
Baltimore, MD 21201
P: 410-752-1040
F: 410-752-8861

shawe.com

Mark J. Swerdlin
swerdlin@shawe.com
410-843-3468

January 21, 2009

The Honorable Benson E. Legg
Chief Judge
U. S. District Court for the
 District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD  21201

Re:   Tech USA, Inc. v. Evans, *et al.*
      Civil Action No. L 08-cv-0556

Dear Judge Legg:

The parties in the above-referenced matter feel it would be productive to schedule a settlement conference for sometime during the period following the close of discovery (July 15, 2009) and before the dispositive motions deadline (August 10, 2009). Therefore, we respectfully request that a settlement conference be scheduled for a date during that time period.

Plaintiff's counsel has authorized defense counsel to submit this letter on his behalf.

Respectfully submitted,

SHAWE & ROSENTHAL, LLP

Mark J. Swerdlin

MJS/ker

cc:   Allan P. Hillman, Esq.
      David F. Morris, Esq.

#194124